IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RONNIE WORLEY

                Plaintiff,

v.                                  CIVIL ACTION NO.   2:19-cv-00543

DAVID EWING, et al.,

                Defendants.

**ORDER**

This action was referred to United States Magistrate Judge Dwayne Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 69] ("PF&R") and recommended that the court **DENY** Plaintiff's Motion for Temporary Injunction [ECF No. 66] and **GRANT** Defendants' Motion for Summary Judgment [ECF No. 56] and **DISMISS** this action from the docket of the court.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's Motion for Temporary Injunction [ECF No. 66], **GRANTS** Defendants' Motion for Summary Judgment [ECF No. 56], and **DISMISSES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 30, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE